HENRY H. STULTS *ads.* JAMES BUCKELEW.

HAINES, J.   This case is fully within the rules declared in the case of *Ralph C. Stults* ads. *James Buckelew*, decided at this term, and for like reasons.   The fourth plea and the new assignment must be stricken out, with the costs of this motion.

OGDEN, J., concurred.